Judge James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS ENRIQUE PEREZ LOPEZ, <br><br> Defendant. | NO. CR16-148JLR <br><br> ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES <br><br> ~~PROPOSED~~ |

THE COURT has considered the parties' agreed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of July 25, 2016, until the new trial date of October 12, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to October 12, 2016, and that pretrial motions shall be filed no later than September 7, 2016.

DONE this 11th day of July, 2016.

_____
James L. Robart
United States District Judge

ORDER GRANTING AGREED MOTION TO
CONTINUE TRIAL AND PTMs DATES - 1
*USA v. Lopez* / CR16-148JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Presented by:
2
3  s/ *Dennis Carroll*
   Dennis Carroll
4  Assistant Federal Public Defender
5  Attorney for Luis Enrique Perez Lopez

6  s/ *Vincent Lombardi*
7  Vincent Lombardi
   Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING AGREED MOTION TO
CONTINUE TRIAL AND PTMs DATES - 2
USA v. Lopez / CR16-148JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100